## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

DONALD MICHAEL BOWLIN                    3:12-CV-01978-PK

     Plaintiff,                        JUDGMENT

v.

JOHN NELSON,

     Defendant.


    Based on the Court's Order issued June 7, 2013, the Court **DISMISSES** this matter **without prejudice**.

    IT IS SO ORDERED.

    DATED this 7th day of June, 2013.

                /s/ Anna J. Brown

                _____
                ANNA J. BROWN
                United States District Judge

1 - JUDGMENT